PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00068-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BRIAN K. MELLOR, | DATE: May 26, 2016 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 26, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 4, 2016, at 9:30 a.m., and to exclude time between May 26, 2016, and August 4, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government represents that the discovery associated with this case includes discs containing consensually recorded telephone calls; consensually recorded text messages; search-related documents; many photographs; and many items of real evidence, including alleged firearms and narcotics. All this discovery has been either produced directly to counsel

and/or made available for inspection and copying.

  b)  The government is this week producing additional copies of photographs and search-related documents to counsel for defendant.

  c)  Counsel for defendant desires additional time to consult with his client; to review the current charges; to conduct investigation and research related to the charges; to review the discovery for this matter, including real evidence; to discuss potential resolutions with his client; and to otherwise prepare for trial.

  d)  Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e)  The government does not object to the continuance.

  f)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 26, 2016 to August 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*Remainder of page blank*.]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 23, 2016            PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ ROSS K. NAUGHTON
                               ROSS K. NAUGHTON
                               Assistant United States Attorney

Dated: May 23, 2016            /s/ TODD D. LERAS
                               TODD D. LERAS
                               Counsel for Defendant
                               BRIAN K. MELLOR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 23rd day of May, 2016.

Troy L. Nunley
United States District Judge