LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BRIAN MELLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRIAN MELLOR,<br><br>  Defendant. | Case No.: 2:16-CR-068 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   December 1, 2016<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Ross K. Naughton, and Defendant Brian Mellor by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a status conference on September 22, 2016. The government previously provided defense counsel with discovery in the form of

ORDER CONTINUING STATUS CONFERENCE

reports of investigation, text messages, photographs and other materials related to the government's investigation of this matter.

2. The defense is performing legal research related to issues raised by various aspects of the case, and conducting investigation into matters relevant to exploration of potential defenses. Defense counsel requires additional time to complete these matters and discuss them with Defendant. The defense is therefore requesting to continue the status conference to December 1, 2016, at 9:30 a.m.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 22, 2016 to December 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

ORDER CONTINUING STATUS CONFERENCE

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Ross Naughton has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: September 20, 2016

By   Todd D. Leras for
ROSS K. NAUGHTON
Assistant United States Attorney

DATED: September 20, 2016

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
BRIAN MELLOR

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for September 22, 2016, is vacated.  A new status conference is scheduled for December 1, 2016, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from September 22, 2016, up to and including December 1, 2016.

Dated: September 20, 2016

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE