LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BRIAN MELLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN MELLOR,<br><br>Defendant. | Case No.: 2:16-CR-068 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    August 31, 2017<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Ross K. Naughton, and Defendant Brian Mellor by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a status conference on July 13, 2017. The government previously provided defense counsel with discovery in the form of reports of investigation, text messages, photographs and other materials related to the

ORDER CONTINUING STATUS CONFERENCE

government's investigation of this matter. The government recently provided defense counsel with a Plea Agreement setting out the terms of a proposed resolution.

2. Defense counsel is engaged in continuing review of the discovery with Defendant, discussion of potential defenses, and now requires additional time to review the terms of the proposed resolution. The latter matter requires a thorough review of the potential sentencing guidelines applicable to this matter, and ensuring that the Defendant fully understands how the Court determines the advisory guideline range in a sentencing hearing. The defense is therefore requesting to continue the status conference to August 31, 2017.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose the request.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 18, 2017 to July 13, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

ORDER CONTINUING STATUS CONFERENCE

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Ross Naughton has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: July 7, 2017

By     Todd D. Leras for
ROSS K. NAUGHTON
Assistant United States Attorney

DATED: July 7, 2017

By     /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
BRIAN MELLOR

ORDER CONTINUING STATUS CONFERENCE

| | |
|---|---|
| 1 | **ORDER** |
| 2 | BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is |
| 3 | |
| 4 | hereby ordered that the status conference in this matter scheduled for July 13, 2017 is vacated. A |
| 5 | new status conference is scheduled for August 31, 2017, at 9:30 a.m. The Court further finds, |
| 6 | based on the representations of the parties and Defendant's request, that the ends of justice |
| 7 | served by granting the continuance outweigh the best interests of the public and the defendant in |
| 8 | a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § |
| 9 | 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into |
| 10 | |
| 11 | consideration the exercise of due diligence for the period from July 13, 2017 up to and including |
| 12 | August 31, 2017. |
| 13 | Dated: July 7, 2017 |

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE