| | |
|---|---|
| 1 | LAW OFFICE OF TODD D. LERAS |
| 2 | Todd D. Leras, CA SBN 145666 |
|   | 455 Capitol Mall, Suite 802 |
| 3 | Sacramento, California 95814 |
|   | (916) 504-3933 |
| 4 | toddleras@gmail.com |
|   | Attorney for Defendant |
| 5 | BRIAN MELLOR |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN MELLOR,<br><br>Defendant. | Case No.: 2:16-CR-068 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  December 7, 2017<br>Time:  9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Ross K. Naughton, and Defendant Brian Mellor by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a status conference on October 19, 2017. The government previously provided defense counsel with discovery and a proposed plea agreement to resolve the matter. In addition, the government recently provided

ORDER CONTINUING STATUS CONFERENCE

defense counsel with supplemental discovery which the defense believes to be relevant to sentencing of the case.

2. Defense counsel is engaged in continuing review of the proposed plea agreement and supplemental discovery with Defendant. Defendant has also initiated investigation of additional material related to his potential sentencing request. Based on the supplemental discovery, and defense investigation of matters related to sentencing, the defense requires additional time to complete this investigation and is requesting to continue the status conference for a future status conference/potential change of plea hearing on December 7, 2017.

3. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose the request.

4. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 19, 2017 to December 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the

ORDER CONTINUING STATUS CONFERENCE

Defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Ross Naughton has reviewed this proposed order and authorized Todd Leras to sign it on his behalf.

DATED: October 17, 2017

By      Todd D. Leras for
        ROSS K. NAUGHTON
        Assistant United States Attorney

DATED: October 17, 2017

By      /s/ Todd D. Leras
        TODD D. LERAS
        Attorney for Defendant
        BRIAN MELLOR

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for October 19, 2017 is vacated. A new status conference/potential change of plea hearing is scheduled for December 7, 2017, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 19, 2017 up to and including December 7, 2017.

DATED: October 17, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE