LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
BRIAN MELLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRIAN MELLOR,<br><br>    Defendant. | Case No.: 2:16-CR-068 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    February 15, 2018<br>Time:   9:30 a.m.<br>Court:  Hon. Troy L. Nunley |

    The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Richard J. Bender, and Defendant Brian Mellor by and through his attorney Todd D. Leras, stipulate as follows:

1. This matter is presently set for a status conference on December 7, 2017. The government previously provided defense counsel with discovery and a proposed plea agreement to resolve the matter. Defendant is actively engaged in investigation of

ORDER CONTINUING STATUS CONFERENCE

this matter, including matters supporting his sentencing request should he accept the resolution proposed by the government. The defense is therefore requesting to continue this matter for a status conference and possible change of plea hearing on February 15, 2018.

2. Counsel for Defendant believes that failure to grant additional time as requested would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not oppose the request.

3. Based on the above-stated facts, the parties jointly request that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of December 7, 2017 to February 15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Richard Bender has reviewed this proposed order and authorized

ORDER CONTINUING STATUS
CONFERENCE

Todd Leras to sign it on his behalf.

DATED: December 5, 2017

By    Todd D. Leras for
      RICHARD J. BENDER
      Assistant United States Attorney

DATED: December 5, 2017

By    /s/ Todd D. Leras
      TODD D. LERAS
      Attorney for Defendant
      BRIAN MELLOR

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for December 7, 2017 is vacated. A new status conference/potential change of plea hearing is scheduled for February 15, 2018, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from December 7, 2017 up to and including February 15, 2018.

Dated: December 5, 2017

Troy L. Nunley
United States District Judge

ORDER CONTINUING STATUS CONFERENCE