1  McGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00068-TLN |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| BRIAN K. MELLOR, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Brian K. Mellor, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Brian K. Mellor's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $1,538.00 in U.S. Currency,
   b. One Savage, model 220B 16 gauge shotgun, unknown serial number,
   c. One Mossburg, model 802 Plinkster, .22 caliber long rifle, serial number HMD3699473,
   d. One Remington rifle, model 03-A3, serial number 4013205,
   e. One Ekol Botan 9mm handgun, no serial number,
   f. One Smith and Wesson M&P 9mm pistol with unknown serial number and magazine,
   g. One Bersa pistol, model Thunder380, caliber .380 with serial number 519865,
   h. Miscellaneous gun parts and gun parts and gun manufacture parts,
   i. Various calibers of ammunition,
   j. Two gun scopes,
   k. One AR barrel,

l. AR butt stocks,
m. One jig for drill of AR,
n. Two AR-15 lowers,
o. One rifle butt stock,
p. One AR-15 jig,
q. Colt AR-15/MI6AI sear pin full auto,
r. Two AK-47s with 30-round magazines, and
s. One AK-15 with tool, no serial number present.

2. The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, and/or was property used or intended to be used, in any manner or part to commit or facilitate the commission of a violation of 21 U.S.C. § 841(a)(1).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms, and Explosives, in their secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 4th day of April, 2018.

_____
Troy L. Nunley
United States District Judge