McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:16-CR-00068-TLN |
|---|---|
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| BRIAN K. MELLOR, | |
| Defendant. | |

On or about April 5, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Brian K. Mellor forfeiting to the United States the following property:

    a.    Approximately $1,418.00 in U.S. Currency[1],
    b.    One Savage, model 220B 16 gauge shotgun, unknown serial number,
    c.    One Mossburg, model 802 Plinkster, .22 caliber long rifle, serial number HMD3699473,
    d.    One Remington rifle, model 03-A3, serial number 4013205,
    e.    One Ekol Botan 9mm handgun, no serial number,
    f.    One Smith and Wesson M&P 9mm pistol with unknown serial number and magazine,
    g.    One Bersa pistol, model Thunder380, caliber .380 with serial number 519865,
    h.    Miscellaneous gun parts and gun parts and gun manufacture parts,
    i.    Various calibers of ammunition,
    j.    Two gun scopes,
    k.    One AR barrel,

---

[1] After the entry of the Preliminary Order of Forfeiture, the United States was informed that the correct currency amount is $1,418.00 rather than the amount of $1,538.00 listed in the Preliminary Order of Forfeiture.  Counterfeit funds totaling $120.00 were discovered in the $1,538.00.

1

    l.  AR butt stocks,
    m.  One jig for drill of AR,
    n.  Two AR-15 lowers,
    o.  One rifle butt stock,
    p.  One AR-15 jig,
    q.  Colt AR-15/MI6AI sear pin full auto,
    r.  Two AK-47s with 30-round magazines, and
    s.  One AK-15 with tool, no serial number present.

  Beginning on June 22, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

  The United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the property:

    a.  Chase James Walker:  A notice letter was sent via certified mail to Chase James Walker at 1383 Sandhill Road, Victor, ID 83455 on September 18, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on September 22, 2018.  A second notice letter was sent via certified mail to Chase James Walker at P.O. Box 10797, Jackson, WY 83002-0797 on September 18, 2018.  The envelope was returned "unclaimed" on October 18, 2018.

    b.  Jimmy Dale Russow:  A notice letter was sent via certified mail to Jimmy Dale Russow at 21560 W. Highway 102, Decatur, AR 72722 on September 18, 2018.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on September 21, 2018.

  The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1.  A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Brian K. Mellor, Chase James Walker, and Jimmy Dale Russow.

  2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 10th day of December, 2018.

_____
Troy L. Nunley
United States District Judge